## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ETS OILFIELD SERVICES, LP**                                                           **PLAINTIFF**

VS.                              CASE NO. 4:12-CV-308-JMM

**HEMPHILL TRUCKING, INC. a/k/a**
**HEMPHILL SPEEDY**                                                                     **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial April 30, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 2, 2013.  The jury found in favor of Defendant Hemphill Trucking, Inc. and against Plaintiff ETS Oilfield Services, LP.  The jury awarded damages of $5,053.00 to Hemphill Trucking, Inc.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in the amount of $5,053.00 in favor of Hemphill Trucking, Inc. and against ETS Oilfield Services. The Clerk is directed to close the case

Dated this 6th day of May, 2013.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE